IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH GONZALEZ,

    Petitioner,               No. CIV S-06-0896 FCD DAD P

    vs.

UNKNOWN,

    Respondent.          FINDINGS & RECOMMENDATIONS

_____/

        By an order filed May 2, 2006, petitioner was ordered to file a properly completed application to proceed in forma pauperis or pay the required filing fee within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. In addition, petitioner's habeas corpus petition was dismissed and thirty days' leave to file an amended petition was granted. The thirty day period has now expired and petitioner has not filed an application to proceed in forma pauperis, has not paid the filing fee, has not filed an amended petition, and has not otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 13, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
gonz0896.fifp.fta

2